**Order entered April 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00411-CR
No. 05-20-00412-CR

**ZACHARY LOGAN VAUGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-47747-S & F19-47748-S**

## ORDER

Before the Court is the State's April 15, 2021 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE